IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA PAGE, | No. C 03-0205 PJH (PR) |
| Petitioner, | JUDGMENT |
| vs. | |
| M. YARBOROGH, Warden, | |
| Respondent. | |

The court having entered a ruling today granting respondent's motion to dismiss this petition, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

IT IS SO ORDERED AND ADJUDGED.

DATED: August 22, 2007

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.03\PAGE0205.JUD2.MWRD